NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1207, -1226

MYTEE PRODUCTS, INC.,

Plaintiff-Appellant,

v.

HARRIS RESEARCH, INC.,

Defendant-Cross Appellant,

and

DOES 1 THROUGH 20,

Defendants.

Appeals from the United States District Court for the Southern District of California in case no. 06-CV-1854, Magistrate Judge Cathy Ann Bencivengo.

ON MOTION

O R D E R

Mytee Products, Inc. moves for a 45-day extension of time, until June 10, 2010, to file its brief. Harris Research, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Anthony J. Dain, Esq.
Shaun L. Peck, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 9 2010

JAN HORBALY
CLERK

2010-1207                                    2